AUSTIN P. NAGEL, ESQ.
California State Bar #118247
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305
San Ramon, California 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
FORD MOTOR CREDIT COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                    Case No. 13-43206 ek
                                          (Chapter 7 Proceeding)
CARLOS E. RAZURA, SR.,

   Debtor.                                **CERTIFICATE OF SERVICE**

_____/

///

///

///

///

///

///

///

///

///

///

///

# PROOF OF SERVICE BY MAIL

I, the undersigned, declare that I am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 111 Deerwood Road, Suite 305, San Ramon, California, 94583.

On July 25, 2013, I served the REAFFIRMATION AGREEMENT on the interested parties in said action, by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Ramon, California. I am readily familiar with our business practice for collection and processing of correspondence for mailing, and this document will be deposited with the United States Postal Service this day in the ordinary course of business, addressed as follows:

Carlos E.Razura, Sr.  
532 Virgil St  
Bay Point, CA  94565

Michael Kasolas  
P.O. Box 26650  
San Francisco, CA  94126

Jacqueline Klein  
1981 N. Broadway #245  
Walnut Creek, CA  94596

**VIA ELECTRONIC SERVICE**

U.S. Trustee Oakland  
1301 Clay St. #690N  
Oakland, CA  94612

I declare under penalty of perjury that the foregoing is true and correct and that this Proof Of Service By Mail was executed on July 25, 2013, at San Ramon, California.

　　　　　　　　　　　　　　　　　　　　　　／s／ Melissa Alcorn

FBKE.3308